# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | | |
|---|---|---|
| LAURA D. ZUKOWSKI, | : | No. 561 MAL 2021 |
| | : | |
| Petitioner | : | |
| v. | : | Petition for Allowance of Appeal |
| | : | from the Order of the Superior Court |
| | : | |
| DAVID J. ZUKOWSKI, | : | |
| | : | |
| Respondent | : | |

## <u>ORDER</u>

**PER CURIAM**

     **AND NOW**, this 19th day of November, 2021, the Petition for Allowance of Appeal is **DENIED**.